JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>K.C. EQUIPMENT, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO.: 2:18-CV-09460-FMO-FFM<br><br>ASSIGNED TO THE HONORABLE FERNANDO M. OLGUIN<br><br>**ORDER ON STIPULATION [18]** |

The Court having reviewed the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED the above-entitled action is hereby dismissed with prejudice.

DATED: March 22, 2019            /s/ Fernando M. Olguin
                                                             UNITED STATES DISTRICT JUDGE